**Claude HOSEA, Claimant/Appellant,**

v.

**LONE STAR INDUSTRIES,
Employer/Respondent,**

**and**

**Liberty Mutual Insurance Company,
Insurer/Respondent,**

**and**

**Treasurer of the State of Missouri, as
Custodian of the Second Injury Fund,
Additional Party Respondent.**

**No. 62760.**

Missouri Court of Appeals,
Eastern District,
Division Two.

May 18, 1993.

Jerome J. Dobson, St. Louis, for appellant.

John F. Sander, St. Louis, Vicky L. Anthony, John P. Lichtenegger, Jackson, for respondent.

Before CRANDALL, P.J., and PUDLOWSKI and GRIMM, JJ.

**PER CURIAM.**

In this workers' compensation claim, employee appeals from the Labor and Industrial Relations Commission decision denying him compensation.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).